IN THE UNITED STATESTS DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| Eckard Global Energy, L.L.C and Hameck Oil Company, Ltd., | § § § | |
| Plaintiffs, | § § | |
| | § | CASE NO. 4:14cv413 |
| v. | § § | |
| Bakken Assumptions I, L.L.C., Bakken Assumptions II, L.L.C., Ethan Jackson, Wessley Jackson, Frank Jackson, Blake Jackson, Mark Jackson, Andrew S. Greenwood, Mark E. Dice, and John A. Campbell, | § § § § § § § | |
| | § § | |
| Defendants. | § | |

**PLAINTIFFS' NOTICE OF DISCLOSURES**
**PURSUANT TO LOCAL RULE CV-26(c)**

Pursuant to Local Rule CV-26(c), Plaintiffs Eckard Global Energy, LLC and Hameck Oil

Company, Ltd. hereby provide notice to the Court that they have made the disclosures required

under Fed. R. Civ. P. 26(a)(1) and (a)(2).

DATED: August 10, 2015.

Respectfully submitted,

**SCHEEF & STONE, L.L.P.**

*/s/ J. Mitchell Little*
J. Mitchell Little
State Bar No. 24043788
mitch.little@solidcounsel.com
Brandi J. McKay
State Bar No. 24075380
brandi.mckay@solidcounsel.com
2601 Network Blvd., Suite 102
Frisco, Texas 75034
(214) 472-2100 Telephone
(214) 472-2150 Telecopier

Charlene C. Koonce
State Bar No. 11672850
charlene.koonce@solidcounsel.com
500 N. Akard Street, Suite 2700
Dallas, TX 75201
(214) 706-4200 Telephone
(214) 706-4242 Telecopier

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of August, 2015, a copy of the foregoing document was served by email on the following attorneys of record:

| | |
|---|---|
| John Scully | G. Daniel Kelly, Jr. |
| Lauren N. Pierce | Thomas Mixdorf |
| Cooper & Scully, P.C. | Ice Miller LLP |
| 900 Jackson Street, Suite 100 | One American Square, Suite 2900 |
| Dallas, Texas 75202 | Indianapolis, IN 46282-0200 |

**Attorneys for Defendants**

*/s/ J. Mitchell Little*
J. Mitchell Little